UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA PITTSBURGH DIVISION
-------------------------------------------------------------X

| | |
|---|---|
| Debtor (s): **DENISE D GOINS** | Chapter 13 |
| | Case No.: 01-30388 |
| | Amount Claimed: $ 70,037.36 |
| | Arrearage: $3,162.26 |
| 6426 Apple Avenue | Trustee: **Ronda J. Winnecour** |
| Pittsburgh PA | Claim No.: 5 |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (2), WAIVER OF OPPORTUNITY TO OBJECT, AND REQUEST FOR NOTICE PURSUANT TO FRBP 2002**

OCWEN LOAN SERVICING, LLC (hereafter Assignee") hereby provides notice of the unconditional sale and transfer of all right, title, and interest in and to the Claims (as such defined in the attached Assignment or Power of Attorney by and between the Seller /Transferor (hereafter Assignor) including the Claim referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001 (e) (2) and the foregoing assignment, the Assignee hereby requests that it be substituted for the Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings. As is set forth in the attached assignment, the Assignor concurs with the request, and is aware of the transfer, and declines its opportunity to object under FRBP 3001 (e) (2). Accordingly, the Assignee requests that the transfer of the Bankruptcy Claim be made immediately upon the docketing of the Joint Notice of Transfer of Claim.

Assignee further requests that it be added to the mailing matrix in the above case pursuant to Bankruptcy Rule 2002, so as to receive copies of all notices and pleadings sent to creditors or other parties in interest.

The original Proof of Claim may have been filed by the Assignor under its name or the name of any of the following acquired institution(s): SELECT PORTFOLIO SERVICING, INC.

| | |
|---|---|
| Account number: 2067794582 | Ocwen Account # 34679027 |
| Dated: 10/10/01 | Dated: 10/10/01 |

| SELLER/TRANSFEROR/ASSIGNOR: | PURCHASER/ASSIGNEE/TRANSFEREE: |
|---|---|
| Select Portfolio Servicing, INC | Ellington Acquisition |
| | C/o Ocwen Loan Servicing, LLC |
| PO Box 551170 | 12650 Ingenuity Drive |
| Jacksonville, FL 3225 | Orlando, FL 32826 |
| 1-800-258-8602 | Toll Free: (800) 74-OCWEN |
| | Fax (407) 737-6144 |

By: <u>See attached assignment</u>  By: _____
                                      **/S/ Ann Garbis**
                                      **Senior Manager**

INSTR # 105974223
OR BK 41820 Pages 1017 - 1018
RECORDED 04/14/06 14:29:08
BROWARD COUNTY COMMISSION
DEPUTY CLERK 3110
#1, 2 Pages

# LIMITED POWER OF ATTORNEY

PoA # 1877

**ELLINGTON ACQUISITION TRUST 2005-1**, a statutory trust organized and existing under the laws of the State of Delaware and having its principal place of business at c/o Wells Fargo Delaware Trust Company, as acquisition trustee 919 N Market Street, suite 700 Wilmington DE 19801 as the Owner (hereinafter called the "Owner") hereby appoints Ocwen Loan Servicing, LLC (hereinafter called "Ocwen"), as its true and lawful attorney-in-fact to act in the name, place and stead of the Owner for the purposes set forth below.

The said attorneys-in-fact, and each of them, are hereby authorized, and empowered, as follows:

1. To execute, acknowledge, seal and deliver deed of trust/mortgage note endorsements, lost note affidavits, assignments of deed of trust/mortgage and other recorded documents, satisfactions/releases/reconveyances of deed of trust/mortgage, subordinations and modifications, tax authority notifications and declarations, deeds, bills of sale, and other instruments of sale, conveyance, and transfer, appropriately completed, with all ordinary or necessary endorsements, acknowledgments, affidavits, and supporting documents as may be necessary or appropriate to effect its execution, delivery, conveyance, recordation or filing.
2. To execute and deliver insurance filings and claims, affidavits of debt, substitutions of trustee, substitutions of counsel, non-military affidavits, notices of rescission, foreclosure deeds, transfer tax affidavits, affidavits of merit, verifications of complaints, notices to quit, bankruptcy declarations for the purpose of filing motions to lift stays, and other documents or notice filings on behalf of the Owner in connection with insurance, foreclosure, bankruptcy and eviction actions.
3. To endorse any checks or other instruments received by Ocwen and made payable to the Owner.
4. To pursue any deficiency, debt or other obligation, secured or unsecured, including but not limited to those arising from foreclosure or other sale, promissory note or check. This power also authorizes Ocwen to collect, negotiate or otherwise settle any deficiency claim, including interest and attorney's fees.
5. To do any other act or complete any other document that arises in the normal course of servicing of all Mortgage Loans and REO Properties, as defined in, and subject to the terms of, the Interim Servicing and Servicing Rights Purchase Agreement among Ocwen, Ocwen Financial Corporation, the Owner and Ellington Credit Fund, Ltd., dated as of June 1, 2005.

Dated: April 3rd, 2006.

**ELLINGTON ACQUISITION TRUST 2005-1**
By: Wells Fargo Delaware Trust Company, not in its individual capacity, but solely as Acquisition Trustee

Name: EDWARD L. TRUITT, JR.
Title: VICE PRESIDENT

Witness:

Name: Tracy M. McLamb

Name: Ann Roberts Dukart

State of   Delaware
                                        : ss
County of   New Castle

    BEFORE ME, Patrick F. Gallagher, a Notary Public in and for the jurisdiction aforesaid, on this 3rd day of April, 2006, personally appeared Edward L. Truitt Jr, who resides at 919 N Market Street, suite 700, Wilmington Delaware, 19801, and who is personally known to me (or sufficiently proven) to be a Vice President of Wells Fargo Delaware Trust Company  and the person who executed the foregoing instrument by virtue of the authority vested in him/her and he/she did acknowledge the signing of the foregoing instrument to be his/her free and voluntary act and deed as a Vice President for the uses, purposes and consideration therein set forth.

    Witness my hand and official seal this 3rd day of April, 2006.


_____
Notary Public

> NOTARY STAMP
> **PATRICK F. GALLAGHER**
> NOTARY PUBLIC
> STATE OF DELAWARE
> My Commission Expires Sept. 23, 2006

My Commission Expires: _____