

July 30, 2008

US BANKRUPTCY COURT
WESTERN DISTRICT OF PA
USX TOWER
SUITE 5414
PITTSBURGH, PA 15219



| | |
|---|---|
| RE: | LOAN SERVICING TRANSFER |
| CASE#: | 01-30388 |
| BORR/COBORR: | DENISE GOINS |
| | 6426 APPLE AVENUE |
| | PITTSBURGH, PA 15206 |
| REGIONS LOAN #: | 1896013070 |

Dear Clerk:

Servicing of the above reference loan has been transferred to American Home Mortgage Servicing, Inc.
Please find the enclosed Transfer of Claim which I am submitting to be filed with the court. Any correspondence or payments regarding the above case should be forwarded to the address listed below:

Payment Address:
American Home Mortgage Servicing, Inc.
Attn: Cash Management
4600 Regent Blvd. Ste 200
Irving, Texas 75063

Correspondence:
American Home Mortgage Servicing, inc.
Attn Bankruptcy Department
P O Box 44042
Jacksonville FL 32231

Please contact us if any discussion regarding this matter is required.

Sincerely,

*Ritchie Brewer*

Ritchie Brewer
Bankruptcy Supervisor

Regions Mortgage • Post Office Box 14001, Hattiesburg, MS 39404-8491
215 Forrest Street, Hattiesburg, MS 39401-3476
601-554-2000 • WATS 1-800-713-7494 • email loancounselor@regions.com

Regions Mortgage may be a debt collector under the Fair Debt Collection Practices Act.
Any information may be used for the purpose of collecting any debt owed to us.

U.S. BANKRUPTCY COURT
Western District of Pennsylvania

Case No. 01-30388
Denise D. Goins

## NOTICE OF TRANSFER OF CLAIM

The undersigned hereby gives notice of the assignment and transfer of the above filed claim(s) and submits the following information:

Name and Address of Transferee:
AMERICAN HOME MORTGAGE SERVICING, INC.
Attn: Cash Management
4600 Regent Blvd. Ste 200
Irving, Texas 75063

Name and Address of Transferor:
REGIONS MORTGAGE
P.O. BOX 18001
HATTIESBURG, MS 39404-8001

This transfer is unconditional.

CLAIM# 05
AMOUNT OF CLAIM: $70037.36

Dated: 8/6/2008

*Khristi Matheny*
Khristi Matheny
Assistant Vice President
Regions Mortgage