UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
|    Goins, Denise : | |
| : | Bankruptcy Case No. 01-30388 |
| : | |
| : | |
|    Debtor(s)* : | |

# ORDER REQUIRING FILING FEE AND MOTION TO REOPEN

**WHEREAS** the above-captioned case was closed by previous Order, and the Court is without jurisdiction to consider any further relief being requested,

**NOW THEREFORE,** the Transfer of Claim (re: document number 70) is hereby **DENIED** without prejudice to the right to refile said request as a new Transfer of Claim along with a motion to reopen the case, accompanied by a new filing fee.

| | | |
|---|---|---|
| August 14, 2008 | By: | Judith K. Fitzgerald |
| Date | | Bankruptcy Judge |

#15c-D